UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL ISTRE | * | CIVIL ACTION NO. 11-cv-01418 |
| VERSUS | * | JUDGE KURT D. ENGELHARDT |
| MAIN IRON WORKS, L.L.C. | * | MAG. JUDGE DANIEL E. KNOWLES, III |

\*   \*   \*   \*   \*   \*   \*

## **ORDER**

CONSIDERING THE FOREGOING MOTION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims in this action are dismissed, with prejudice, each party to bear its own costs.

_____
UNITED STATES DISTRICT JUDGE

New Orleans, Louisiana this 12th day of June, 2012.

653-06 / 94389